UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERRY RANSON,
    Petitioner,

vs.                            Case No.:  4:21cv395/AW/EMT

ELIZABETH A. KORVACHAURICH,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner commenced this case by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 1).  On September 24 2021, the court issued an order directing Petitioner to either pay the filing fee or file a motion to proceed in forma pauperis within thirty days (ECF No. 3).

Petitioner did not comply with the court's order by the deadline; therefore, on November 4, 2021, the court issued an order directing Petitioner to show cause, within thirty days, why this case should not be dismissed for Petitioner's failure to comply with an order of the court (ECF No. 4).  The thirty-day deadline passed, and Petitioner has not responded to the show cause order.

Accordingly, it is respectfully **RECOMMENDED** that the petition for writ of habeas corpus (ECF No. 1) be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 14th day of December 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.**  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No.:  4:21cv395/AW/EMT