IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GERRY RANSON,**

    **Petitioner,**

v.                                              Case No. 4:21-cv-395-AW-EMT

**ELIZABETH A. KORVACHAURICH,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's December 14, 2021 report and recommendation, ECF No. 5, to which there has been no objection. It is now ORDERED:

1. The report and recommendation (ECF No. 5) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says: "This case is dismissed without prejudice for failure to comply with a court order."

3. The clerk will then close the file.

SO ORDERED on January 24, 2022.

                                                     s/ *Allen Winsor*
                                                     United States District Judge